## Ex parte DEPEW. (No. 1153—5454.)

Commission of Appeals of Texas, Section B. Feb. 19, 1930.

Dickens & Dickens, of Austin, for relator.

LEDDY, J. Relator was adjudged guilty of contempt by the Fifty-Third district court of Travis county for the violation of a temporary injunction issued by the criminal district court of Travis county, now the Ninety-Eighth judicial district.

Under the authority of Ex parte Gonzalez, 111 Tex. 399, 238 S. W. 635, one court in no case is authorized to punish contempt in another court; hence the proceedings by which relator was adjudged guilty of contempt are void, and he is entitled, under the writ of habeas corpus sued out, to be released from custody.

We recommend he be ordered discharged.

CURETON, C. J. The relator is discharged, as recommended by the Commission of Appeals.

## Ex parte Mrs. Bob DEPEW. (No. 1154—5455.)

Commission of Appeals of Texas, Section B. Feb. 19, 1930.

Dickens & Dickens, of Austin, for relator.

RYAN, J. This is a companion case to that of Ex parte Bob Depew (No. 1153—5454) 24 S.W.(2d) 813, presenting the identical question there decided. Under the authority of that case, we recommend that relator be ordered discharged.

CURETON, C. J. The relator is discharged, as recommended by the Commission of Appeals.